IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-483-FDW-DCK

| | |
|---|---|
| BRAD PREDDY, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| PRECISION RESOURCES, LLC SHORT ) | |
| AND LONG TERM DISABILITY PLAN ) | |
| PRINCIPAL LIFE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) filed by Local Counsel Andrew K. Sonricker on July 31, 2024.

Applicant Nikole M. Crow seeks to appear as counsel *pro hac vice* for Defendant. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 8) is **GRANTED**. Nikole M. Crow is hereby admitted *pro hac vice* to represent Defendant.

**SO ORDERED**.

Signed: July 31, 2024

David C. Keesler
United States Magistrate Judge